



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00111-CV

**IN RE** Robert **STUCZYNSKI**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  February 29, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 21, 2012, relator filed a petition for writ of mandamus and a motion for emergency stay.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-18535, styled *Metso Minerals Industries, Inc. v. Smart Recycling Solutions USA LLC, Cecil Valdez, and Robert Stuczynski*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding.  However, the order complained of was signed by the Honorable Richard Price, presiding judge of the 285th Judicial District Court, Bexar County, Texas.